UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                  Case No. 14-80541-WRS
                                                       Chapter 13
MICHAEL MURRAY,

    Debtor

**ORDER DISMISSING CASE**

For the reasons set forth on the record on July 9, 2014, it is

ORDERED that this chapter 13 case is DISMISSED.

Done this 10th day of July, 2014.

                                  /s/ William R. Sawyer
                                  United States Bankruptcy Judge

c: Richard D. Shinbaum, Attorney for Debtor
   Curtis C. Reding, Trustee
   All Creditors